United States District Court
District of Massachusetts

```
_____
                                 )
THOMAS M. SHEA,                  )
                                 )
        Plaintiff,               )
                                 )
        v.                       )
                                 )   Civil Action No.
IRON WORKERS DISTRICT COUNCIL OF )   13-12725-NMG
NEW ENGLAND PENSION FUND;        )
TRUSTEES OF THE IRON WORKERS     )
DISTRICT COUNSEL OF NEW ENGLAND  )
PENSION FUND; IRON WORKERS       )
DISTRICT COUNCIL OF NEW ENGLAND  )
ANNUITY FUND; TRUSTEES OF THE    )
IRON WORKERS DISTRICT COUNCIL OF )
NEW ENGLAND ANNUITY FUND,        )
                                 )
        Defendants.              )
_____)
```

ORDER

GORTON, J.

Joint Status Report (Docket No. 35) is treated as a motion and the motion is **ALLOWED, in part, and DENIED, in part**. All deadlines stated in the "status report" are adopted with the following exceptions and additions:

1) all fact discovery will be completed on or before July 31, 2015;

2) replies to oppositions to dispositive motions may be filed only with leave of court;

3) expert witnesses shall be designated on or before November 30, 2015 and expert depositions completed by January 31, 2016; and

4) the Final Pretrial Conference will be held on Wednesday, February 24, 2016 at 3:00 p.m. and trial will commence on Monday, March 7, 2016 at 9:00 a.m.

**So ordered.**

                                    /s/ Nathaniel M. Gorton
                                    Nathaniel M. Gorton
                                    United States District Judge

Dated February 13, 2015